JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| HOUSING RIGHTS CENTER, INC., a California nonprofit corporation,<br><br>    Plaintiff(s),<br>vs.<br><br>PBM QUALITY APARTMENT HOMES, et al.<br><br>    Defendant(s). | Case No.: CV13-08077-PA (MRWx)<br><br>Assigned to Courtroom: 15<br>The Hon. Percy Anderson<br><br>**ORDER RE JOINT STIPULATION TO DISMISS ACTION**<br><br>Action Commenced: 11/1/2013<br>Trial Date:  10/28/2014<br>Discovery Cut-Off:  08/18/2014<br>Law & Motion Cut-Off:  05/19/2014 |
|---|---|

Good cause appearing therefore, and in the interest of justice, the above-captioned action is dismissed with prejudice as to all causes of action in the Complaint.

**IT IS SO ORDERED**.

Dated:  June 21, 2014

_____
The Honorable Percy Anderson
United States District Court Judge